**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
MAR 12 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-14-SCM-CJS

**LANDAN STRONG**

* * * * *

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**18 U.S.C. § 922(g)(3)**

On or about October 8, 2025, in Walton, Boone County, in the Eastern District of Kentucky,

**LANDAN STRONG,**

knowing he was an unlawful user of controlled substances as defined in 21 U.S.C. § 802, knowingly possessed the following firearms and ammunition: (1) American Tactical Mil-Sport multi-caliber pistol, serial number MSA165365, (2) Glock 27, .40 caliber pistol, serial number WYS481, (3) Armscor (Squires Bingham) 1911A1, .45 caliber pistol, serial number RIA2875425, (4) standard Glock 17 magazine containing approximately seventeen rounds of 9mm ammunition, and (5) approximately thirty-eight rounds of .22 long rifle ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(g)(3).

**<u>COUNT 2</u>**
**18 U.S.C. § 922(g)(3)**

On or about October 8, 2025, in Burlington, Boone County, in the Eastern District of Kentucky,

**LANDAN STRONG,**

knowing he was an unlawful user of controlled substances as defined in 21 U.S.C. § 802, knowingly possessed (1) a Harrington & Richardson, .22 caliber pistol, serial number AC32387, and (2) nine rounds of .22 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(g)(3).

**<u>FORFEITURE ALLEGATION</u>**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offenses alleged in Counts 1 and 2 of the Indictment, **LANDAN STRONG** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 922. Any and all interest that **LANDAN STRONG** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

   a. American Tactical Mil-Sport multi-caliber pistol, serial number MSA165365,

   b. Glock 27, .40 caliber pistol, serial number WYS481,

c. Armscor (Squires Bingham) 1911A1, .45 caliber pistol, serial number RIA2875425,

d. Glock 17 magazine containing approximately seventeen rounds of 9mm ammunition,

e. Approximately thirty-eight rounds of .22 long rifle ammunition,

f. Harrington & Richardson, .22 caliber pistol, serial number AC32387, and

g. Nine rounds of .22 caliber ammunition.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court, (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**PAUL C. McCAFFREY**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1–2:** Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.

**PLUS:** Restitution, if applicable.